JOSEPH P. RUSSONIELLO
United States Attorney
STEPHEN L. SCHIRLE
Chief, Civil Division
RONALD S. PETERSON
Assistant United States Attorney

450 Golden Gate Avenue, P.O. Box 36043
San Francisco, CA 94102
Telephone: (415) 556-2341

Attorneys for Plaintiff

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____
Deputy Clerk
Date JAN 22 1990

**ORIGINAL FILED**

JAN 19 1990

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ENTERED IN CIVIL DOCKET JAN 22 1990

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>                 Plaintiff,            )<br>                                     )<br>         v.                          )<br>                                     )<br> LESLIE P. WALKER,                   )<br>                                     )<br>                 Defendant.          )<br>_____) | NO. C-89-1705-M<br><br><br><br>CONSENT JUDGMENT |

    Plaintiff United States of America having filed its Complaint herein, and the Defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

    1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

    2. The Defendant hereby agrees to the entry of a Consent Judgment in the sum of $2,208.92, plus interest at the rate of 7% per annum from January 4, 1989 till the date of entry of the within Consent Judgment, less any sums tendered toward satisfaction of the obligation during said time period.

FORM ATR-177
MAR. 88

3. The Consent Judgment shall bear interest at the legal rate of 8.16% from the date of entry of judgment which will be compounded annually pursuant to the provision of 28 U.S.C. § 1961(b) until paid in full.

4. This judgment shall be recorded with the Recorder's Office of the County of residence of the Defendant, and all other jurisdictions where it is determined by the Plaintiff that the Defendant owns real or personal property.

5. Default under the terms of this Consent Judgment will entitle the United States of America to execute on this judgment without notice to the Defendant.

6. The Defendant has the right of prepayment of this debt without penalty, and the interest charged will only be calculated to the date of final payment.

7.  In case of default, all costs incurred in satisfying this judgment shall be paid by the Defendant.

DATED: July 24, 1989

JOSEPH P. RUSSONIELLO
United States Attorney

By: /s/ Ronald Peterson
RONALD S. PETERSON
Assistant United States Attorney

I have read the foregoing, I understand the terms, and I sign this agreement as a free and voluntary act.

DATED: 1/11/90        /s/ Leslie P. Walker
                      LESLIE P. WALKER, Defendant

JAN 19 1990

APPROVED THIS _____ DAY OF _____
1989.

FREDERICK J. WOELFLEN
UNITED STATES MAGISTRATE

CONSENT JUDGMENT                                3.